IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ZILKR CLOUD TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00166-JRG-RSP |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Defendant Cisco Systems, Inc. previously filed a Motion to Dismiss for Lack of Subject Matter Eligibility ("Motion") (Dkt. No. 40.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 97), recommending denial of Cisco's Motion. Cisco has now filed Objections (Dkt. No. 99).

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Cisco's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 40) is **DENIED**.

**So Ordered this**

**Jun 29, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE